**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **WILLIE E. KING,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **v.** | ) **CAUSE NO.  1:11-cv-01727-TWP-DML** |
| | ) |
| **THE CITY OF INDIANAPOLIS,** | ) |
| **JONATHAN M. LAWLIS,** | ) |
| **ROBERT K. MCCAULEY,** | ) |
| **BRAD ALFORD, and,** | ) |
| **MICHAEL B. WRIGHT,** | ) |
| | ) |
| **DEFENDANTS.** | ) |

**PLAINTIFF'S PRELIMINARY EXHIBIT LIST**

Pursuant to the Case Management Plan, Plaintiff, by counsel, files the following preliminary list of exhibits:

1. Veterans' Association Medical Center medical records for Willie King.

2. Video recording of incident described in Plaintiff's Complaint.

3. Documentation of attorney fees for criminal defense.

4. Any and all police reports from the February 18, 2011 incident.

5. Documents from *State of Indiana v. Willie King*, Cause No. 49F07-1102-CM-011569.

6. Any exhibits identified in discovery.

7. Any exhibits listed on any parties' exhibit lists or initial disclosures.

8. Any exhibit needed for rebuttal.

Respectfully submitted,

Dated: May 29, 2012                              */s/ Richard A. Waples*
                                                 Richard A. Waples
                                                 Attorney for Plaintiff


**WAPLES & HANGER**                  **Michael J. Woody, PC**
410 N. Audubon Road                  **Attorney at Law**
Indianapolis, Indiana 46219          543 East Market Street
TEL: (317) 357-0903                  Indianapolis, Indiana 46204
FAX: (317) 357-0275                  TEL: (317) 423-2902
EMAIL: rwaples@wapleshanger.com      FAX: (317) 423-2922
                                     EMAIL: mjwoody@att.net

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 29, 2012, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Clifford Whitehead
Clifford.Whitehead@indy.gov

Alexander Will
awill@indy.gov

John Kautzman
jfk@rucklaw.com

Andrew Duncan
ard@rucklaw.com

Edward Merchant
ejm@rucklaw.com

_/s/ Richard A. Waples___
Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

-3-