**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **WILLIE E. KING,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **v.** | )**CAUSE NO.  1:11-cv-01727-TWP-DML** |
| | ) |
| **THE CITY OF INDIANAPOLIS,** | ) |
| **JONATHAN M. LAWLIS,** | ) |
| **ROBERT K. MCCAULEY,** | ) |
| **BRAD ALFORD, and,** | ) |
| **MICHAEL B. WRIGHT,** | ) |
| | ) |
| **DEFENDANTS.** | ) |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

Pursuant to the Case Management Plan, Plaintiff, by counsel, files the following

preliminary list of witnesses:

1.  Willie King, contact through counsel.

2.  Vera King, contact through counsel.

3.  Arthur "Sonny" Harris; 3901 N. Whittier, Indianapolis, IN 46226.

4.  Leona Harris;  3901 N. Whittier, Indianapolis, IN 46226.

5.  Tamika Gilmore, 4002 N. Ritter, Indianapolis, IN 46226.

6.  Sylvia Williams; 3902 N. Whittier, Indianapolis, IN 46226.

7.  Helen Hoskin, 3947 N. Whittier, Indianapolis, IN 46226;.

8.  William Gilmore, 4303 N. Ritter Avenue, Indianapolis, IN 46226.

9.  Kimberly Reed, nurse, Roudebush Veterans Administration Medical Center, 1481

    West 10th Street  Indianapolis, IN 46202.

10. Dr. Labib Ayoub, Roudebush Veterans Administration Medical Center, 1481 West

10th Street  Indianapolis, IN 46202

11.    Robert Turner, attorney, Lee, Cossell, Kuehn & Love, LLP, 127 East Michigan

Street, Indianapolis, IN 46204

12.    All defendants and any other officers or civilians who were at the scene and can

testify to the events described in Plaintiff's Complaint.

13.    Any witnesses identified in discovery.

14.    Any witnesses listed on any parties' witness lists or initial disclosures.

15.    Any witnesses needed for rebuttal testimony.

Respectfully submitted,

Dated: May 29, 2012                          */s/ Richard A. Waples*
                                             Richard A. Waples
                                             Attorney for Plaintiff

**WAPLES & HANGER**                  **Michael J. Woody, PC**
410 N. Audubon Road                  **Attorney at Law**
Indianapolis, Indiana 46219          543 East Market Street
TEL: (317) 357-0903                  Indianapolis, Indiana 46204
FAX: (317) 357-0275                  TEL: (317) 423-2902
EMAIL: rwaples@wapleshanger.com      FAX: (317) 423-2922
                                     EMAIL: mjwoody@att.net

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 29, 2012, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Clifford Whitehead
Clifford.Whitehead@indy.gov

Alexander Will
awill@indy.gov

John Kautzman
jfk@rucklaw.com

Andrew Duncan
ard@rucklaw.com

Edward Merchant
ejm@rucklaw.com

*/s/ Richard A. Waples*
Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com