IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIE E. KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 1:11-cv-1727-TWP-DML |
| | ) |
| THE CITY OF INDIANAPOLIS, | ) |
| JONATHAN M. LAWLIS, | ) |
| ROBERT K. MCCAULEY, | ) |
| BRAD ALFORD, and | ) |
| MICHAEL B. WRIGHT, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' PRELIMINARY EXHIBIT LIST

Defendants, City of Indianapolis, Officer Jonathan Lawlis, Officer Robert McCauley, Officer Brad Alford, and Officer Michael Wright, by counsel, submit the following list of preliminary exhibits:

1. Documents from *State of Indiana v. Willie King*, cause number: 49-F07-1102-CM-011569;

2. Any and all police reports involving Willie King, including but not limited to Case Report 11-0021827 and Case Report 11-0021805 (February 18, 2011);

3. The Indianapolis Metropolitan Police Department Supervisory Special Reports, Case Number: DP110021827 and DP110021805;

4. Any and all criminal history records for Willie King;

5. Any and all records from the Marion County Jail for Willie King;

6. Relevant General Orders of the Indianapolis Metropolitan Police Department;

7.  Any and all medical records of Willie King;

8.  Any exhibits listed by any other party;

9.  Any exhibits exchanged during the course of discovery;

10. Any and all documents necessary to establish the admissibility of documents;

11. Any and all documents necessary to establish certifications or classifications related to employment or education;

12. Any and all documents necessary to rebut Plaintiff's claims for damage;

13. Any and all documents necessary for rebuttal purposes; and,

14. Any and all documents necessary for impeachment purposes not requiring disclosure pursuant to the Federal Rules of Civil Procedure.

Respectfully Submitted,

s/ Clifford Whitehead
Clifford Whitehead (28836-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: Clifford.Whitehead@indy.gov

Attorney for Defendants City of Indianapolis, Jonathan M. Lawlis, Robert McCauley, Brad Alford, and Michael B. Wright

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2012, a copy of the foregoing served by electronic filing. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard A. Waples
WAPLES & HANGER
410 N. Audubon Road
Indianapolis, IN  46219


Michael John Woody
543 East Market Street
Indianapolis, IN 46204


John C. Ruckelshaus
John F. Kautzman
Andrew R. Duncan
Edward J. Merchant
RUCKELSHAUS, KAUTZMAN, BLACKWELL,
BEMIS & HASBROOK
107 N. Pennsylvania Street, Suite #900
Indianapolis, IN  46204
jcr@rucklaw.com
jfk@rucklaw.com
ard@rucklaw.com

        s/ Clifford Whitehead
        Clifford Whitehead (28836-49)
        Assistant Corporation Counsel


OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968