IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIE E. KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 1:11-cv-1727-TWP-DML |
| | ) |
| THE CITY OF INDIANAPOLIS, | ) |
| JONATHAN M. LAWLIS, | ) |
| ROBERT K. MCCAULEY, | ) |
| BRAD ALFORD, and | ) |
| MICHAEL B. WRIGHT, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' PRELIMINARY WITNESS LIST**

Defendants, City of Indianapolis, Officer Jonathan Lawlis, Officer Robert McCauley, Officer Brad Alford, and Officer Michael Wright, by counsel, submit the following list of preliminary witnesses:

1. Plaintiff, Willie King;

2. Officer Jonathan Lawlis, IMPD;

3. Officer Robert McCauley, IMPD;

4. Officer Brad Alford, IMPD;

5. Officer Michael Wright, IMPD;

6. Sergeant Lori Oatts, IMPD

7. Arthur Harris;

8. Leona Harris;

9. William Gilmore;

10. Any other officers or civilians who were at the scene and can testify to the events described in Plaintiff's Complaint;

11. Any medical personnel who may have treated Plaintiff, Willie King, prior to February 18, 2011 for any pre-existing injuries or conditions;

12. Any medical personnel who may have treated Plaintiff, Willie King, after February 18, 2011for any injuries/conditions;

13. Any witness necessary for rebuttal or impeachment of a witness;

14. Any witness necessary to authenticate or refute the admissibility of documents or exhibits; and,

15. Any witness listed on any of Plaintiff's proposed witness lists.

Respectfully Submitted,

s/ Clifford Whitehead_____
Clifford Whitehead (28836-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: Clifford.Whitehead@indy.gov

Attorney for Defendants City of Indianapolis, Jonathan M. Lawlis, Robert McCauley, Brad Alford, and Michael B. Wright

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2012, a copy of the foregoing served by electronic filing. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard A. Waples
WAPLES & HANGER
410 N. Audubon Road
Indianapolis, IN  46219

Michael John Woody
543 East Market Street
Indianapolis, IN 46204

John C. Ruckelshaus
John F. Kautzman
Andrew R. Duncan
Edward J. Merchant
RUCKELSHAUS, KAUTZMAN, BLACKWELL,
BEMIS & HASBROOK
107 N. Pennsylvania Street, Suite #900
Indianapolis, IN  46204
jcr@rucklaw.com
jfk@rucklaw.com
ard@rucklaw.com

            s/ Clifford Whitehead_____
            Clifford Whitehead (28836-49)
            Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968