UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIE E. KING, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CAUSE NO.  1:11-cv-01727-TWP-DML |
| | ) |
| THE CITY OF INDIANAPOLIS, | ) |
| JONATHAN M. LAWLIS, | ) |
| ROBERT K. MCCAULEY, | ) |
| BRAD ALFORD, and, | ) |
| MICHAEL B. WRIGHT, | ) |
| | ) |
| DEFENDANTS. | ) |

**PLAINTIFF'S VERIFIED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, by counsel, hereby moves the court for leave to file the attached Amended Complaint, which adds one more individual Indianapolis Metropolitan Police Officer (David Miller), as a party defendant.  In support of this motion, Plaintiff states:

1. At the time Plaintiff filed his complaint, he relied upon the information available to him to identify the defendants.

2. Plaintiff needs to amend the complaint based upon what undersigned counsel learned last week at the Citizen's Police Complaint Board meeting held on Monday, September 10, 2012, where Plaintiff Willie King's citizen's complaint was heard. The board sustained Mr. King's citizen's complaint.

3. During the hearing, a board member questioned why IMPD Officer David Miller was not also named in the citizen's complaint, and one of the members stated that Officer Miller was responsible for the order to take Mr. King's cell phone.  Other board members seemed to agree with that statement.

4. Officer Miller's involvement was unknown to undersigned counsel until that time.

5. Plaintiff had requested in discovery for the defendant City to identify the officers involved in the confiscation of Mr. King's cellphone (Interog. Nos. 2, 3) and were referred to the IA documents produced in discovery. Those documents contain a number of statements from various officers, including a statement from Officer Miller, but do not identify Officer Miller as responsible for any such order.

6. Also, during our initial pretrial hearing on March 20, 2012, undersigned counsel asked defense counsel Clifford Whitehead whether Plaintiff's present complaint named as defendants the police officers who were responsible for the confiscation of Mr. King's cellphone, and Mr. Whitehead represented that he believed that it did.

7. Based upon the information obtained at the Review Board meeting, Plaintiff seeks to amend the Complaint to add David Miller as a defendant in this lawsuit.

8. Because all the defendants are represented by the same lawyers, the addition of an additional defendant should not interfere with the forward movement of the case, the dispositive motion deadline, or the trial date, which is June 24, 2013.

9. Plaintiff has conferred with Alexander Will, counsel for the defendants, and he has stated the defendants will oppose this motion.

10. The Amended Complaint is attached as Exhibit 1 to this motion.

WHEREFORE, Plaintiff respectfully requests the Court grant this motion and issue an order granting the Plaintiff leave to file an amended complaint.

I affirm under the penalties for perjury that the above statements are true.

Dated: September 18, 2012                             /s/ Richard A. Waples
                                                      Richard A. Waples


                                                      Respectfully submitted,

Dated: September 18, 2012                             /s/ Richard A. Waples
                                                      Richard A. Waples


**WAPLES & HANGER**                                   **Michael J. Woody, PC**
410 N. Audubon Road                                   **Attorney at Law**
Indianapolis, Indiana 46219                           543 East Market Street
TEL: (317) 357-0903                                   Indianapolis, Indiana 46204
FAX: (317) 357-0275                                   TEL: (317) 423-2902
EMAIL: rwaples@wapleshanger.com                       FAX: (317) 423-2922
                                                      EMAIL: mjwoody@att.net

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 18, 2012, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Alexander Will - awill@indy.gov

Jillian Spotts - Jillian.Spotts@indy.gov

John Kautzman - jfk@rucklaw.com

Andrew Duncan - ard@rucklaw.com

Edward Merchant - ejm@rucklaw.com

 /s/ Richard A. Waples
 Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com